UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WAYNE BONILLA, | No. 2:18-cv-2360 CKD P |
| Plaintiff, | |
| v. | ORDER AND |
| THOMAS D. DOLPACOFF, et al., | FINDINGS AND RECOMMENDATIONS |
| Defendants. | |

Mr. Bonilla has filed a document titled "F.R.C.P 60(b)(4) Void Judgement, 60(b)(3) Fraud Upon the Court." Under Rule 60 of the Federal Rules of Civil Procedure, a party in an action before this court can seek relief from any order entered in that action, or judgment, based upon a showing of mistake, excusable neglect, fraud, etc. Mr. Bonilla does not seek relief from a judgment or order issued in an action before this court. Rather, he challenges certain aspects of his Alameda County criminal case. Since the relief Mr. Bonilla seeks is not available through a Rule 60 motion, the court will recommend that the motion be denied and this case closed.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court assign a district court judge to this case.

/////

/////

/////

1

IT IS HEREBY RECOMMENDED that:

1. Plaintiff's Rule 60 motion be denied; and

2. This case be closed.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time waives the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  September 14, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
boni2360.60